UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ROBERT MONIA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:12CV480 CDP |
| | ) |
| PATTI ANN ENO, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

For the reasons stated on the record during today's evidentiary hearing,

**IT IS HEREBY ORDERED** that plaintiff's motion for default judgment [#16] is granted only as follows: plaintiff shall have default judgment against defendant Patti Ann Eno in the amount of $42,500.00, together will all taxable costs of this action.

A separate Judgment in accordance with this Memorandum and Order and today's ruling on the record is entered this same date.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 23rd day of September, 2013.